MICHELE BECKWITH
Acting United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:25-po-00084-CDB |
| Plaintiff, | [Citation #09888015, CA/14] |
| v. | |
| DALTON J. STANFIELD, | MOTION AND ORDER FOR DISMISSAL |
| Defendant. | |

The United States of America, by and through Michele Beckwith, Acting United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss Case No. 5:25-po-00084-CDB [Citation #09888015, CA/14] against DALTON J. STANFIELD, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: March 25, 2025                    Respectfully submitted,

                                          MICHELE BECKWITH
                                          Acting United States Attorney

                              By:    /s/ Chan Hee Chu
                                          CHAN HEE CHU
                                          Assistant United States Attorney

1

**O R D E R**

2

3      IT IS HEREBY ORDERED on the motion of the United States of America pursuant to Fed. R.

4   Crim. P. 48(a) that Case No. 5:25-po-00084-CDB [Citation #09888015, CA/14] against DALTON J.

5   STANFIELD be dismissed, without prejudice, in the interest of justice.

6   IT IS SO ORDERED.

7

8      Dated:   __**March 25, 2025**__

UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28